■ KARLENE GUASTEFERRO, Respondent, v FAMILY HEALTH NETWORK OF CENTRAL NEW YORK, INC., Appellant. (Appeal No. 2.) [612 NYS2d 990] —Appeal unanimously dismissed without costs *(see, Matter of Aho,* 39 NY2d 241, 248; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Change of Venue.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.